ACCEPTED
05-15-00483-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
9/11/2015 11:06:39 AM
LISA MATZ
CLERK

No. 05-15-00483-CV

IN THE COURT OF APPEALS
FOR THE FIFTH JUDICIAL DISTRICT OF TEXAS
DALLAS, TEXAS

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
9/11/2015 11:06:39 AM
LISA MATZ
Clerk

## CITY OF DALLAS

*Appellant*

**v.**

## NANCY BEGGS

*Appellees*

Appeal from the 298th Judicial District Court of Dallas County, Texas
Cause No. DC-11-14997-M

## APPELLEE'S SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE BRIEF

TO THE HONORABLE COURT OF APPEALS:

Appellee Nancy Beggs ("Appellee") respectfully requests the Court to extend the time to file the Brief of Appellee in this appeal and, in support hereof, respectfully shows the Court as follows:

1.    Appellant is the City of Dallas and Appellee is Nancy Beggs.

2.    After two unopposed extensions of time, Appellant filed its Brief and Appendix on July 13, 2015.

3.     Appellee hereby requests an extension of time of until October 14, 2015 to file its Brief.

4.     The parties are currently in settlement negotiations and wish to use any extra time in an effort to resolve this dispute.

5.     Under Rule 38.6 of the Texas Rule of Appellate Procedure, the Court may extend the time for filing a brief and may postpone submission of the case. Tex. R. App. P. 38.6(d).  No procedural rule limits the time within which to file a motion to extend.  A motion to extend the time to file a brief "may be filed before or after the date a brief is due." *Id.*

6.     For these reasons, Appellee requests that this Court set October 14, 2015 as the due date for the Brief of Appellee.

Respectfully submitted,

\_\_/s/ Spencer P. Browne_____
SPENCER P. BROWNE
Texas Bar No. 24040589
REYES | BROWNE | REILLEY
5950 Berkshire Lane, Suite 410
Dallas, Texas 75225
Telephone: (214) 526-7900
Facsimile: (214) 526-7910
spencer@reyeslaw.com

AND

KIRK PITTARD
STATE BAR NO. 24010313
KPITTARD@TEXASAPPEALS.COM
MORGAN A. MCPHEETERS
STATE BAR NO. 24081279
MMCPHEETERS@TEXASAPPEALS.COM
KELLY, DURHAM & PITTARD, LLP
PO BOX 224626
DALLAS, TX 75222
TELEPHONE: 214.946.8000
FACSIMILE: 214.946.8433

**ATTORNEY FOR APPELLEE
NANCY BEGGS**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was electronically filed in compliance with the Texas Rules of Appellate Procedure and that a copy has been sent by e-service to counsel for Appellant on this 11th day of September, 2015:

Julie Essenburg
Barbara Rosenberg
Office of the City Attorney of Dallas
1500 Marilla Street, Room 7D North
Dallas, Texas 75201

/s/ *Spencer P. Browne*
**SPENCER P. BROWNE**